JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE VALENZUELA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVAR CONSTRUCTION PRODUCTS GROUP, INC.; and DOES 1-100 Inclusive,<br><br>Defendants. | Case No.: CV 19-7646-DMG (SSx)<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE [15]** |

Upon consideration of the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a);
2. Each party shall bear its own attorney's fees and costs in connection with the prosecution and defense of this action; and
3. All scheduled dates and deadlines are VACATED.

DATED: January 21, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE